BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR SUPPRESSION HEARING

### DECEMBER 11, 2014

*Time in Court:* ___10 minutes ___15 minutes ___20 minutes ___½ hour  X  _2 ½ hours_

DOCKET NUMBER: CR 13-601-05 (RJD)

U.S.A. -v-   **LATOYA BOURNE (ON BOND)**
             **COUNSEL: JOHN BURKE (CJA)**

AUSA: LAUREN ELBERT & MICHAEL WARREN

COURT REPORTER: TONY MANCUSO

X   CASE CALLED FOR SUPPRESSION HEARING.
    GOVERNMENT WITNESS AGENT MICHELLE PANELLA SWORN AND
    EXAMINED BY AUSA ELBERT.
    CROSSED BY MR. BURKE.
    GOVERNMENT EXHIBITS 3500MP1 & 3500MP2 RECEIVED IN EVIDENCE.
    GOVERNMENT RESTS.
    DEFENSE COUNSEL CALLS WITNESS ANNE PETERS, SWORN &
    EXAMINED BY MR. BURKE. NO CROSS BY GOVERNMENT.
    COURT: FOR THE REASONS RECITED ON THE RECORD, THE COURT
    DENIES DEFENDANTS' MOTION TO SUPPRESS.
    MOTION TO SEVER DENIED WITH LEAVE TO RENEW.
    CASE ADJOURNED TO NEXT STATUS CONFERENCE:   1/09/15 @ 12:00 PM