EXHIBIT A

| Target Name | Target | Date | Time | Duration | Direction | Call Routing | Number Dialed | Dialed Name | Dialed City | Dialed State | Dialed Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/4/2013 | 8:41:24 | 0:03:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/8/2013 | 14:32:17 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/9/2013 | 8:59:39 | 0:00:00 | | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/9/2013 | 17:52:35 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/10/2013 | 17:40:07 | 0:08:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/11/2013 | 9:40:38 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/11/2013 | 18:05:39 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/12/2013 | 9:10:32 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:37:15 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:38:53 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:41:20 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:42:37 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:45:13 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:46:42 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:50:03 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/14/2013 | 7:58:33 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/16/2013 | 10:27:45 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/16/2013 | 10:29:30 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/16/2013 | 10:44:28 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/16/2013 | 10:45:17 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/16/2013 | 10:46:19 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 6:44:55 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 6:48:02 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 6:49:18 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 6:56:51 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 7:02:58 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 7:03:54 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 7:44:45 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 7:45:35 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 8:06:47 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 9:29:26 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 9:35:01 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 9:36:28 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 9:38:10 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 10:13:53 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 11:04:40 | 0:04:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 11:52:16 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:02:25 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:03:38 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:04:56 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:17:44 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:18:41 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:21:56 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:22:15 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:24:25 | 0:00:00 | Direction | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:31:55 | 0:00:00 | Outgoing | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:32:50 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:33:00 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:33:24 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:36:03 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 18:54:33 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 19:00:46 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 19:01:05 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 19:12:02 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/18/2013 | 19:12:21 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 0:32:06 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 3:15:16 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 3:33:15 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 7:30:01 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 7:31:39 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:15:19 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:22:53 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:23:43 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:24:39 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:26:08 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/19/2013 | 9:27:21 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 5:47:27 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 5:48:59 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 5:49:55 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:05:14 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:06:08 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N | | NY | UNITED STATES |

| Name | Phone | Date | Time | Duration | Direction | Type | Number | Contact | Country |
|---|---|---|---|---|---|---|---|---|---|
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:07:31 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:14:03 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:14:04 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:17:10 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:21:39 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:24:27 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:26:44 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:29:22 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:31:33 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:51:47 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/20/2013 | 6:52:49 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/22/2013 | 4:23:23 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/22/2013 | 4:25:59 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/22/2013 | 4:28:56 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/22/2013 | 4:33:03 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 7:00:41 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 7:31:52 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 7:32:24 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 7:33:35 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 7:34:01 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:38:50 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:40:03 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:41:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:43:22 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:44:27 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:47:17 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:49:14 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:52:34 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/24/2013 | 9:53:36 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/29/2013 | 9:11:15 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/29/2013 | 9:14:07 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 7/29/2013 | 9:15:07 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/16/2013 | 16:25:21 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/16/2013 | 16:26:30 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/16/2013 | 16:27:29 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/16/2013 | 16:41:50 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/19/2013 | 7:08:13 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/19/2013 | 7:16:04 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/19/2013 | 7:17:06 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/19/2013 | 7:17:47 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/20/2013 | 3:21:46 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/20/2013 | 3:22:04 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 8/20/2013 | 3:34:32 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 12:06:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 12:59:20 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 13:02:58 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 13:04:49 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 20:43:38 | 0:02:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/5/2013 | 20:45:52 | 0:02:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/6/2013 | 9:36:47 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/6/2013 | 9:43:59 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/6/2013 | 9:45:59 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/6/2013 | 12:12:34 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:38:06 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:40:01 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:44:02 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:50:22 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:54:42 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:56:56 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 10:58:33 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 11:10:49 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 11:12:15 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 11:12:50 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/7/2013 | 11:13:46 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 3:28:17 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 3:31:47 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 3:32:55 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 3:33:59 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 3:35:44 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 9:28:16 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 9:50:24 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 10:03:55 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |

| Name | Phone | Date | Time | Duration | Direction | Type | Other Number | Contact | Country |
|---|---|---|---|---|---|---|---|---|---|
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 10:04:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 10:05:55 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 18:23:16 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 18:24:50 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 18:52:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/9/2013 | 19:45:09 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 9:35:37 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 9:55:30 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 9:58:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:01:16 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:03:43 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:05:32 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:05:59 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:06:19 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/10/2013 | 10:06:20 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/15/2013 | 14:27:11 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/15/2013 | 14:40:14 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/15/2013 | 14:41:09 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/15/2013 | 14:43:42 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 5:41:11 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 5:43:14 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 5:46:00 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 5:47:38 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 5:51:59 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 6:00:52 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 6:01:16 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 14:11:06 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 14:11:40 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 14:11:44 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 14:11:45 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 14:11:46 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 15:04:20 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/16/2013 | 15:09:52 | 0:05:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:12:52 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:13:38 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:19:23 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:19:52 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:20:45 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:23:32 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:31:51 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:34:53 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 8:35:37 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 10:43:24 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 11:07:10 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 11:07:42 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 11:09:19 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/17/2013 | 11:09:44 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:30:31 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:30:52 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:34:21 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:39:13 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:42:27 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/18/2013 | 17:43:06 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:13:55 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:29:01 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:29:43 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:31:29 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:38:41 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:41:55 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 6:54:59 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 7:18:29 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 7:25:56 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 7:26:37 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 8:02:05 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 8:09:18 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 8:09:38 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 8:55:00 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 8:55:17 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 9:05:52 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 9:29:23 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 9:29:56 | 0:00:00 | Incoming | Text Messa | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ | (973) 807-2284 | 9/19/2013 | 9:31:29 | 0:00:00 | Outgoing | Text Messa | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |

| Name | Date | Time | Duration | Direction | Type | Number | Contact | Country |
|---|---|---|---|---|---|---|---|---|
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:38:31 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:41:36 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:42:56 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:54:26 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:54:47 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:56:27 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:57:26 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/19/2013 | 9:58:20 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/20/2013 | 8:03:03 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/20/2013 | 8:41:53 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/20/2013 | 8:46:40 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/22/2013 | 16:28:22 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/22/2013 | 18:22:04 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/22/2013 | 18:27:03 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 4:38:36 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 7:38:51 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 7:50:34 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 7:51:50 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 7:53:12 | 0:02:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:31:34 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:33:08 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:35:54 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:37:11 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:38:11 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:38:33 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:38:50 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 12:38:51 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 14:26:05 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 14:26:56 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/23/2013 | 14:28:17 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 7:33:42 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 7:34:50 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 8:03:13 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 9:37:33 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 9:40:38 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 9:43:55 | 0:00:00 | Outgoing | Text Mess | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 9:47:29 | 0:00:00 | Incoming | Text Mess | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 9:51:25 | 0:03:00 | Outgoing | Unknown | (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |
| INOCENTE GONZALEZ (H/ (973) 807-2284 | 9/24/2013 | 10:24:50 | 0:01:00 | Incoming | Unknown | IN- (347) 494-9677 | PAT JONES" USED BY N NY | UNITED STATES |

EXHIBIT B

| | Internal Case Information System<br>Worksheet - General Investigation Worksheet | | | | Top Allegation<br>INFO ONLY | Group ███████<br>████████████<br>08/02/2013 | |
|---|---|---|---|---|---|---|---|
| Date Reported<br>08/02/2013 | Date Assigned<br>07/22/2013 | IAB Log No.<br>2013-1 | Case No.<br>(G52) Z-2013-1 | Folder Type<br>OTHER | Preliminary Case Type | Follow-Up No.<br>24 | Worksheet Tracking No.<br>237675 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (General Investigation Worksheet) UC REPORT (5026) JULY 23, 2013 | 07/23/2013 | 00:00 |

### Details

**Follow-Up Information**

On july 23 2013, a Joint opration was conducted with NYS Inspector General Office and their personnel. The Undersigned I/O was acting in an undercover capacity during that time, the following is an accurate account of the events that took place. At approximately 0745 hrs, the Undersigned received a phone call from Jachim Jean Pierre "Jemison" stating that the lady who takes the written NYS DMV exam wants to meet with me. He further stated that she was going to ask me for my phone number, do not give her t he number.

At approximately 0820 hrs, myself and UC# 5008 met Joachim Jean Pierre at a Subway restaurant located at 9 Broadway. Joachim proceeded to fill out the NYS DMV Commercial driver license application utilizing UC#5009 fictitious Drivers license and social security number. A few minutes later Joachim and I left subway restaurant and walked to the corner of Broadway and Greenwich Street where I met with Marie Daniel. Marie Daniel started by explaining that this is her operation but Joachim Jean Pierre and Lucien Demangles are her cousins and they think can do whaterver they without notifying her; Marie further explained to me that she normaly charges $600 for english and $700.00 for spanish. She stated that I need to contact her directly whenever I bring a new customer. She told me her phone number is 347 494-9677. UC#5008 went inside the DMV located at 11 Greenwich where he went inside obtained a number at the counter and proceeded to the testing area.

### Activity Location List

| 1 | Activity Address Location<br>NYC | Location Within<br>INSIDE OF | Street<br>9 GREENWICH STREET | City<br>MANHATTAN | State<br>NY | Zip | Apt # |
|---|---|---|---|---|---|---|---|
| | Cross Street<br>MORRIS STREET and BATTERY PLACE | | Intersection of | Premise Type | Indicate Premise Name if Known | Exact Location Within Premise Type, if Known | |

### ATTACHMENT

| 1 | 'Audio recording' |
|---|---|

| Property | Property Status |
|---|---|

### Evidence

| Evidence Collected | Evidence Collection Team Crime Scene Requested | Who Responded | ECT/CSU Run No. |
|---|---|---|---|

| Reporting Officer: | Rank<br>DET | Name<br>I-5026 UC | Tax Reg. No.<br>████████ | Command<br>████████ |
|---|---|---|---|---|
| Reviewing | Manner of | Date | Date of | Name | Supv. Tax No. |